**IN RE ESTATE OF MOORE**

[359 N.C. 62 (2004)]

IN THE MATTER OF: THE ESTATE OF ROBERT L. MOORE, JR., INCOMPETENT

No. 534PA03

(Filed 7 October 2004)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 160 N.C. App. 85, 584 S.E.2d 807 (2003), reversing an order entered by Judge Howard E. Manning, Jr. on 7 June 2002 in Superior Court, Wake County, and remanding for re-computation of guardianship commissions. Heard in the Supreme Court 13 September 2004.

*Law Office of Michael W. Patrick, by Michael W. Patrick, for petitioner-appellee.*

*Boyce & Isley, P.L.L.C., by G. Eugene Boyce; and Bailey & Dixon, L.L.P., by Gary S. Parsons and Jennifer D. Maldonado, for respondent-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.